## No. 17,706.

KEITH MILTON RHINEHART *v.*
CITY AND COUNTY OF DENVER.
(292 P. [2d] 345)

Decided January 16, 1956.   Rehearing denied February 6, 1956.

Mr. J. EMERY CHILTON, for plaintiff in error.

Mr. JOHN C. BANKS, City Attorney, Mr. BRIAN H. GORAL, Assistant, Mr. HANS W. JOHNSON, Assistant, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.